**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA JACOB VALINE, Plaintiff, v. UNITED STATES DEPARTMENT OF LABOR, Defendant. Civil Action No. 1:25-cv-02352-JEB**

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff Jacob Valine, appearing pro se, respectfully moves this Court for a Temporary Restraining Order pursuant to Rule 65(b) of the Federal Rules of Civil Procedure. Plaintiff seeks immediate injunctive relief to prevent further exclusion from federally funded Job Corps programs and to compel Defendant to offer placement with appropriate accommodations.

## I. LEGAL STANDARD

A Temporary Restraining Order may be granted where the movant demonstrates:

- A likelihood of success on the merits;
- Irreparable harm in the absence of relief;
- That the balance of equities favors the movant; and
- That the injunction serves the public interest. See *Winter v. Natural Resources Defense Council*, 555 U.S. 7 (2008).

## II. ARGUMENT

1. Likelihood of Success on the Merits Plaintiff has asserted claims under the Americans with Disabilities Act (ADA), Section 504 of the Rehabilitation Act, the Workforce Innovation and Opportunity Act (WIOA), the Administrative Procedure Act (APA), and the Fifth Amendment. Defendant's exclusionary conduct—including failure to accommodate, refusal to process placement requests, disregard for disability-related needs, and suspension of required background checks—violates federal law and constitutional protections. Defendant has also failed to comply with the preliminary injunction issued in *Cabrera v. U.S. Department of Labor*, No. 1:25-cv-01909 (D.D.C.).

2. Irreparable Harm Plaintiff faces imminent risk of homelessness, educational disruption, and psychological harm. These injuries are ongoing and cannot be remedied by monetary damages. The exclusion from Job Corps has denied Plaintiff access to housing, vocational training, and federally guaranteed services. Defendant's continued failure to resume background checks has left Plaintiff and other eligible youth in procedural limbo, unable to access services they have already qualified for.

3. Balance of Equities The harm to Plaintiff outweighs any administrative burden on Defendant. Plaintiff seeks only access to a program he is already eligible for, with accommodations that are federally mandated. Defendant's failure to resume background checks and process placements exacerbates the harm and undermines equitable access.



RECEIVED

AUG 12 2025

Clerk, U.S. District & Bankruptcy Court for the District of Columbia

4. Public Interest Protecting the rights of disabled youth and enforcing federal disability law serves the public interest. Defendant's continued exclusionary conduct—including its refusal to resume background checks—undermines the integrity of federally funded programs and violates a standing injunction.

## III. RELIEF REQUESTED

Plaintiff respectfully requests that the Court issue a Temporary Restraining Order compelling Defendant to:

- Immediately offer Plaintiff placement in a residential Job Corps program with appropriate accommodations;
- Cease exclusionary practices that violate federal law and constitutional rights;
- Resume background checks and placement processing consistent with federal law and the injunction issued in *Cabrera v. U.S. Department of Labor*, No. 1:25-cv-01909 (D.D.C.);
- Provide any other relief the Court deems just and proper.

Respectfully submitted, Jacob Valine Pro Se Plaintiff

*[signature: Jacob Valine]*